Sara Elizabeth LILLY, Plaintiff–Appellant,

v.

UNITED STATES of America, Defendant–Appellee.

No. 01–1760.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 14, 2001.

Decided Dec. 20, 2001.

Robert A. Taylor, Masters & Taylor, L.C., Charleston, West Virginia, for Appellant. Robert D. McCallum, Jr., Assistant Attorney General, Charles T. Miller, United States Attorney, Anthony J. Steinmeyer, United States Department of Justice, Washington, D.C., for Appellee.

Before WIDENER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Sara Elizabeth Lilly appeals from the district court's order granting the United States' motion to dismiss, under Fed. R.Civ.P. 12(b)(6), her complaint filed under the Federal Tort Claims Act, 28 U.S.C.A. § 1346(b) (West Supp.2001), 28 U.S.C.A. §§ 2671–2680 (West 1994 & Supp.2001). We have reviewed the parties' briefs, the joint appendix, and the district court's opinion and find no reversible error. Ac-

cordingly, we affirm on the reasoning of the district court. *Lilly v. United States,* No. CA–00–1006–2 (S.D.W.Va. May 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*